UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   8:21–cv–00677–CJC–DFM                    Date   5/20/2021

Title   KUSUM NAIR ET AL V. DONNA P. CAMPAGNOLO ET AL

---

Present: The Honorable  CORMAC J. CARNEY, U.S. DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF DISMISSAL**

The Court is in receipt of Plaintiff's Notice of Dismissal of the entire action [12], and hereby orders the case dismissed without prejudice. Further, the Court orders all proceedings in the case vacated and taken off calendar.

                                                            _ : _
                                    Initials of Deputy Clerk:  cw